1  Jeffrey Herson
2  PO Box 216034
   Prescott Valley
3  AZ 86312
   775-444-1667
4  *Billboardlegalteam@gmail.com*
5  Defendant, Pro se



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BAHRAM FARAHI, an individual, DESERT OUTDOOR ADVERTISING, INC., an Oregon corporation; DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY HERSON, an individual, and Does 1-10,<br><br>Defendants. | 2:24-cv-02381-JAD-DJA<br><br>MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING |

As the *Defendant Jeffrey Herson* in the above-captioned matter, I respectfully ask the Court for permission to participate in and register for electronic case filing CM/ECF system ("e-filing") in this case pursuant to LR 2-1(b). I hereby affirm that:

1. I have reviewed the requirements for utilizing the electronic filing system, including LR IC 2-1 and 2-2, and agree to abide by them.

2. I understand and agree that in order to file within the e-filing system, I must first obtain an order granting this motion.

3. Following entry of an order granting this motion, I understand and acknowledge that, in order to e-file within the Court's electronic, I must (1) obtain a PACER account; (2) complete

MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASEFILING - 1

1 | the e-filing registration for the District of Nevada through Manage PACER Account and (3) review and be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada.

4. I understand that once I register for e-filing following entry of an order granting this Motion, I will receive notices and documents only by email in this case and not by regular mail.

5. I have regular access to all of the following technical requirements necessary to e-file successfully:

    a. A computer with internet access;

    b. An email account I have access to on a daily basis to receive notifications from the Court and notices from the e-filing system.

    c. A scanner to convert documents that are only in paper format into electronic files;

    d. A printer or copier to create required paper copies such as chambers copies;

    e. A word-processing program to create documents; and

    f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: Dr 20-2024

Jeffrey Iverson

MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASEFILING - 2

Jeffrey Herson
PO Box 216034
Prescott Valley
AZ 86312
775-444-1667
*Billboardlegalteam@gmail.com*
Defendant, Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BAHRAM FARAHI, an individual, DESERT OUTDOOR ADVERTISING, INC., an Oregon corporation; DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY HERSON, an individual, and Does 1-10,<br><br>Defendants. | Case No.: 2:24-cv-2381-JAD-DJA<br><br>**ORDER RE: MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING** |

The Court has considered the Motion for permission to Use and Register for Electronic Case Filing. Finding good cause the Motion is **Granted.**

Date: 12/23/2024

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED ORDER] MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASEFILING - 1